UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEVIN IRIARTE CUETO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26-CV-1192-DRL-SJF |

ORDER

In light of petitioner's notice (ECF 10), the court ORDERS respondent to file a supplemental response by **October 2, 2026**, addressing any recent development in Kevin Iriarte Cueto's immigration proceedings, with any supplemental reply due **October 9, 2026**.

SO ORDERED on September 25, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge